## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Edwards, D'Jamaa

Printed:  10/14/08

Case Number:  07 B 24094

Judge:  Squires, John H

Filed:  12/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  September 3, 2008

Confirmed:  March 5, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,369.00 |  |
| Secured: |  | 1,208.13 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,015.19 |
| Trustee Fee: |  | 145.68 |
| Other Funds: |  | 0.00 |
| Totals: | 2,369.00 | 2,369.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 2,530.00 | 1,015.19 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 21,754.67 | 1,208.13 |
| 4. | Saxon Mortgage Services Inc | Secured | 15,776.26 | 0.00 |
| 5. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 6. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 389.29 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 358.93 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 564.06 | 0.00 |
| 11. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 351.87 | 0.00 |
| 13. | Medical Collections | Unsecured |  | No Claim Filed |
|  |  |  | $ 41,725.08 | $ 2,223.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 40.77 |
| 6.5% | 104.91 |
|  | $ 145.68 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Edwards, D'Jamaa

Printed:  10/14/08

Case Number:  07 B 24094

Judge:  Squires, John H

Filed:  12/21/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: